[No. 12910-8-II.   Division Two.   December 26, 1990.]

THE CITY OF MOSES LAKE, ET AL, *Appellants*, v. THE
DEPARTMENT OF RETIREMENT SYSTEMS, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 87-2-01854-4, Paula Casey, J., entered May 26, 1989. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Worswick, J., and Reed, J. Pro Tem.

[No. 24469-8-I.   Division One.   December 27, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN JAMES
WESTWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-8-06026-8, Carmen Otero, J., entered June 7, 1989. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Scholfield and Forrest, JJ.

[Nos.  25164-3-I;  25165-1-I;   Division One.        December 27, 1990.]
25166-0-I.

THE STATE OF WASHINGTON, *Respondent*, v. GLORIA
JEAN STAFFORD, *Defendant*, MARGARET
CANNADY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
EDWARD ALEXANDER, *Defendant*, MARGARET
CANNADY, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 87-1-00493-3, 87-1-00203-5, 87-1-03259-7, Patricia H. Aitken, J., entered November 21, 1989. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Webster and Baker, JJ.